ACCEPTED
01-14-00232-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/27/2015 4:15:02 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00232-CR

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/27/2015 4:15:02 PM
CHRISTOPHER A. PRINE
Clerk

**ARTURO CHAVEZ**
**Appellant**

**V.**

**STATE OF TEXAS**
**Appellee**

On Appeal from the 338th Judicial District Court of Harris
County, Texas - Trial Court No. 1338052
Honorable Brock Thomas

**MOTION FOR LEAVE AND EXTENSION OF TIME**
**TO FILE REPLY BRIEF**

TO THE HONORABLE JUDGES OF SAID COURT:

Arturo Chavez, Appellant, respectfully requests leave of court and an extension of time to file a reply brief. Appellant's reply brief is filed at the same time as this motion. Appellant filed his brief on December 11, 2014. The state filed its brief in response on February 2, 2015. According to Texas Rule of Appellant Procedure 38.6(c), Appellant's reply brief was due by February 22, 2015.

Replying to the state's brief took considerably more time than anticipated. Counsel believes that the reply brief will assist the Court in narrowing and addressing the issues presented in this appeal. For these reasons, Appellant seeks leave to file his reply brief out of time.

Respectfully submitted,

DeGUERIN, DICKSON, HENNESSY & WARD

*/s/Matt Hennessy*
Matt Hennessy
State Bar No. 00787677
matt@deguerin.com
1018 Preston, 7th Floor
Houston, Texas  77002
(713 223-5959 Telephone
(713) 223-9231 Facsimile

*Attorney for Appellant*

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing Motion for Leave and for Extension of Time to File Reply Brief has been delivered to Alan Curry, Assistant District Attorney, Appellate Division, 1201 Franklin, Suite 600, Houston, Texas 77002, via electronic filing, on March 27, 2015.

*/s/Matt Hennessy*
Matt Hennessy